

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-137
NEW YORK, NY 10007

J. CAROLINA CHAVEZ
Senior Counsel
Phone: (212) 356-2384
Fax: (212) 356-3559
jchavez@law.nyc.gov

June 6, 2018

**BY ECF**
Hon. James Orenstein
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Rivera v. City of New York, et al., 18-CV-2597 (ENV) (JO)

Your Honor:

Defendant City of New York writes to request an adjournment of the Initial Conference in the above referenced matter, currently scheduled for Friday, August 3, 2018. The undersigned has a previously scheduled family commitment on that date, and will be out of state. This is the City's first request for an adjournment of the conference. Plaintiff's counsel consents to this request. In an effort to minimize disturbing the Court's calendar further, I conferred with plaintiff's counsel and we are both available August 7-10, 20-22, and the first week of September.

Thank you for your consideration of this matter.

Respectfully submitted,

J. Carolina Chavez
Senior Counsel

cc:  All Parties (by ECF)